LEVEL 3 COMMUNICATIONS, LLC, Plaintiff–Appellant,

v.

LIMELIGHT NETWORKS, INC., Defendant–Appellee.

No. 2009–1480.

United States Court of Appeals, Federal Circuit.

May 5, 2010.

Rehearing and Rehearing En Banc Denied June 29, 2010.

Peter C. McCabe, III, Winston & Strawn LLP, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Kurt A. Mathas; and Charles B. Molster, III and Geoffrey P. Eaton, of Washington, DC.

Robert G. Krupka, Kirkland & Ellis LLP, of Los Angeles, CA, argued for defendant-appellee. With him on the brief were Alexander F. MacKinnon and Nick G. Saros. Of counsel was Guy Ruttenberg. Of counsel on the brief was Dion Messer, Limelight Networks, Inc., of Tempe, AR.

RADER, DYK, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.